IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YOLANDA Y BELL,

    Plaintiff,

v.

DEPARTMENT OF INTERIOR,

    Defendants.

No. 11-06650 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On April 23, 2012, pro se Plaintiff filed a request to appear telephonically at the initial case management conference set for April 24, 2012 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Plaintiff shall stand by beginning at the date and time above until called by the Court. Immediately upon receipt of this Order, Plaintiff shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: April 23, 2012

                                      ELIZABETH D. LAPORTE
                                      United States Magistrate Judge