IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOLANDA Y. BELL,

    Plaintiff,                                   No. CIV 2:12-cv-1414-GEB-JFM (PS)

    vs.

UNITED STATES DEP'T OF INTERIOR,
KENNETH SALAZAR, *Secretary*,

    Defendant.                               <u>ORDER</u>

           Pending before this court is plaintiff's motion to relate cases. The court has determined that the matter shall be submitted upon the record and briefs on file and accordingly, the date for hearing of this matter shall be vacated. Local Rule 230.

           Accordingly, IT IS HEREBY ORDERED that the August 2, 2012 hearing is dropped from calendar.

DATED: August 1, 2012.

                                                   UNITED STATES MAGISTRATE JUDGE

/014;bell1414.vacate