IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOLANDA Y. BELL,

    Plaintiff,                                     No. CIV 2:12-cv-1414-GEB-JFM (PS)

    vs.

UNITED STATES DEP'T OF INTERIOR,
KENNETH SALAZAR, *Secretary*, *et al.*,

    Defendants.                              <u>ORDER</u>

                                     /

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On July 25, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed July 25, 2012 are adopted in full;

1

2. Defendants' June 25, 2012 motion to dismiss is granted; and

3. Defendants Donald Glaser, Katherine Thompson and Joni Ward are dismissed from this action with prejudice.

Dated:  September 10, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge