IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOLANDA Y. BELL,

      Plaintiff,                              No. 2: 12-cv-1414 GEB JFM (PS)

      vs.

UNITED STATES DEP'T' OF INTERIOR,
KENNETH SALAZAR, Secretary,

      Defendant.                          <u>ORDER</u>

_____/

      A status conference was held in this matter on November 29, 2012 at 11:00 a.m. in courtroom # 26.  Plaintiff appeared in pro per.  The parties filed a joint status report on November 20, 2012.  (<u>See</u> Dkt. No. 59.)  Upon consideration of the parties' status report on file in this action and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

      1. The parties shall exchange the initial disclosures set forth in the Federal Rules of Civil Procedure on or before December 20, 2012.  The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e)(1).

      2. The parties shall exchange expert reports, if any, on or before February 22, 2013.  Supplemental/rebuttal expert reports, if any, shall be exchanged on or before March 22, 2013.  The parties are also reminded of their obligation to supplement any expert reports when

1

1  required under Federal Rule of Civil Procedure 26(e)(1).

2          3. Discovery shall be completed, and any motions pertaining to discovery shall
3  be noticed so as to be heard on or before May 3, 2013.

4          4. Dispositive motions, if any, shall be noticed to be heard by August 23, 2013.

5          5. The pretrial conference is set for December 12, 2013 at 9:00 a.m. before the
6  Honorable Garland E. Burrell, Jr. in courtroom # 10 at 501 I Street, Sacramento, CA.  Pretrial
7  statements shall be filed pursuant to Local Rule 281.

8          6. A jury trial of this matter is set for March 25, 2014 at 9:00 a.m. in courtroom
9  # 10 before the Honorable Garland E. Burrell, Jr.  The parties shall file trial briefs pursuant to
10 Local Rule 285.

11 DATED: November 30, 2012.

                                        UNITED STATES MAGISTRATE JUDGE

14
bell1414.oasc