IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOLANDA Y. BELL,

      Plaintiff,                                  No. 2: 12-cv-1414 GEB JFM (PS)

      vs.

UNITED STATES DEP'T' OF INTERIOR,
KENNETH SALAZAR, Secretary,

      Defendant.                             <u>ORDER</u>

_____/

          Presently before the court is the parties' February 6, 2013 stipulation and proposed order requesting an adjustment to the case schedule. Good cause appearing, the schedule will be adjusted. Accordingly, upon consideration of the parties' request for a continuance to adjust the case schedule and good cause appearing therefor, the COURT ORDERS AS FOLLOWS:

          1. Discovery shall be completed, and any motions pertaining to discovery shall be noticed so as to be heard on or before July 3, 2013.

          2. Dispositive motions, if any, shall be noticed to be heard on or before October 25, 2013.

          3. The pretrial conference is set for February 10, 2014 at 3:30 p.m. before the

1  Honorable Garland E. Burrell, Jr. in courtroom # 10 at 501 I Street, Sacramento, CA.  Pretrial
2  statements shall be filed pursuant to Local Rule 281.
3        4.  A jury trial of this matter is set for May 20, 2014 at 9:00 a.m. in courtroom
4  # 10 before the Honorable Garland E. Burrell, Jr.  The parties shall file trial briefs pursuant to
5  Local Rule 285.
6  DATED: February 20, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
bell1414.adjustsch