IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOLANDA YVETTE BELL,

    Plaintiff,                    No. 2:12-cv-01414 TLN JFM (PS)

    vs.

UNITED STATES DEP'T' OF INTERIOR,
KENNETH SALAZAR, Secretary,

    Defendants.             ORDER

_____/

On May 17, 2013, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 2, 2012, denying plaintiff's motion to appoint counsel. ECF 79. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 2, 2012 (ECF 57), is affirmed

DATED: June 13, 2013

                                  Troy L. Nunley
                                  United States District Judge

bell1414.850