IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOLANDA Y. BELL,

    Plaintiff,                                   No. 2:12-cv-1414 GEB JFM (PS)

    vs.

UNITED STATES DEP'T OF INTERIOR,
KENNETH SALAZAR, Secretary,

    Defendant.                                 <u>ORDER</u>

_____/

       Plaintiff, proceeding in pro per, initiated this action pursuant to Title VII of the Civil Rights act of 1964, 42 U.S.C. §§ 2000e *et seq.*, and the Rehabilitation Act, 29 U.S.C. § 701, alleging race discrimination, retaliation, and hostile work environment. Currently pending before the undersigned are plaintiff's motions to quash (Dckt. Nos. 86, 87) filed on June 20 and June 27, 2013. Those motions were noticed for hearing on July 17, 2013.

       On July 3, 2013, the federal defendants filed an ex parte application for an order shortening time for hearing on the motions to quash. Defendants request that the motion hearing be advanced to July 11, 2013. Due to the unavailability of the court on the proposed date, the application will be denied. The court will, however, continue the hearing on plaintiff's motions to the next available law and motion calendar.

////

1

1  Accordingly, it is ORDERED that:

2  1. The ex parte application for an order shortening time (Dckt. No. 89) is denied; and

3  2. The hearing on plaintiff's motions to quash (Dckt. Nos. 86, 87) is CONTINUED to
4  July 31, 2013 at 10:00 a.m. in Courtroom No. 8.

5  DATED: July 9, 2013.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE