UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA YVETTE BELL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEP'T OF INTERIOR, KENNETH SALAZAR, Secretary,<br><br>Defendant. | No. 2:12-cv-1414-TLN-JFM PS<br><br><br><br><br><br>ORDER |

Plaintiff has requested permission to re-file partially redacted versions of exhibits pursuant to Local Rule 140. ECF No. 118. The exhibits were filed in opposition to a summary judgment motion. Defendants have not submitted an opposition or statement of non-opposition to the request.

Plaintiff seeks to re-file the following exhibits: ECF No. 96-8 at 1, 6-8, 12-13; ECF No. 96-13 at 1, 5-6; ECF No. 100-9 at 5, 11, 15-16, 18, 22-23, 25, 29-30, 32, 36-37, 39, 43-44; ECF No. 100-12 at 1, 5-6; ECF No. 100-17 at 3-5, 9; ECF No. 100-18 at 3-5, 9; ECF No. 101-5 at 5, 11, 15-16, 18, 22-23, 25, 29-30, 32, 36-37, 39, 44. See ECF No. 118. These exhibits consist of third party subpoenas and plaintiff's discovery responses that contain the personal data identifiers of both plaintiff and third parties.

Local Rule 140 provides that personal data identifiers, such as social security numbers, dates of birth and home addresses, should be redacted from all pleadings, documents and exhibits. L.R. 140(a). In accordance with Local Rule 140, plaintiff was required to redact this information

1

1  prior to filing her motions but failed to do so.  See ECF No. 105.  Therefore, plaintiff will be
2  granted leave to re-file partially redacted versions of these exhibits in accordance with L.R. 140.
3       Accordingly, IT IS HEREBY ORDERED that:
4      1.  Within seven days of the date of this order, plaintiff is directed to re-file partially
5         redacted versions of the following exhibits in accordance with Local Rule 140:  ECF
6         Nos. 96-8, 96-13, 100-9, 100-12, 100-17, 100-18, and 101-5; and
7      2.  The Clerk of the Court is directed to seal the above-referenced exhibits.
8  DATED: October 15, 2013.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE